Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, California 90071-1514
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080

Derek J. Baker
REED SMITH LLP
2400 One Liberty Place
1650 Market Street
Philadelphia PA 19103
Telephone:   (215) 851-8100
Facsimile:    (215) 851-1420

*Attorneys for Synthes USA*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CENTURY CITY DOCTOR'S HOSPITAL, LLC<br><br>Debtor. | Case No.: 2:08-bk-23318-SB<br><br>Chapter: 7 |
| DIAMOND, Chapter 7 Trustee<br>Plaintiff<br><br>v.<br><br>SYNTHES USA SALES, LLC<br>Defendant | Adv. No.: 2:10-ap-01941-SB<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO FIRST AMENDED COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS**<br><br>Status Date:   March 15, 2011<br>Time:          9:30 a.m.<br>Court:         United States Bankruptcy Court<br>               Courtroom 1539<br>               255 East Temple Street<br>               Los Angeles, California 90012 |

US_ACTIVE-104922501.1

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER
VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

Defendant, Synthes, USA incorrectly named Synthes USA Sales LLC ("Synthes"), by its undersigned counsel, hereby responds to the allegations contained in the First Amended Complaint To Avoid And Recover Value of Preferential Transfers And Fraudulent Transfers (the "Complaint") of Richard K. Diamond (the "Trustee") on behalf of Century City Doctor's Hospital, LLC (the "Debtor") as follows:

## JURISDICTION AND VENUE

1. Paragraph 1 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 1. Further, and without admitting any of the averments contained in paragraph 1, Synthes states that, to the extent the within action is determined to be a non-core proceeding, Synthes does not consent to the entry of final orders and judgment by this Court.

2. Paragraph 2 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 2.

3. Paragraph 3 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 3.

4. Paragraph 4 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 4.

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

## THE PARTIES

5.  Synthes is without information so as to form a belief as to the truth of the matter alleged in paragraph 5 of the Complaint. As such, all averments in paragraph 5 of the Complaint are hereby denied.

6.  Synthes is without information so as to form a belief as to the truth of the matter alleged in paragraph 6 of the Complaint. As such, all averments in paragraph 6 of the Complaint are hereby denied.

7.  Denied.

## GENERAL ALLEGATIONS

8.  Paragraph 8 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 8.

9.  Paragraph 9 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 9.

10. Denied.

## FIRST CAUSE OF ACTION

(Avoidance and Recovery of Preferential Transfers)

11. Synthes hereby incorporates its preceding responses by reference as if set forth fully at length herein.

12. Paragraph 12 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 12.

– 2 –

US_ACTIVE-104922501.1

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

13.    Paragraph 13 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 13.

14.    Paragraph 14 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 14.

15.    Paragraph 15 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 15.

16.    Paragraph 16 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 16.

17.    Paragraph 17 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 17.

18.    Paragraph 18 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 18.

19.    Paragraph 19 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 19.

## SECOND CAUSE OF ACTION

(Avoidance and Recovery of Fraudulent Transfer)

20. Synthes hereby incorporates its preceding responses by reference as if set forth fully at length herein.

21. Paragraph 21 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 21.

22. Paragraph 22 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 22.

23. Paragraph 23 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 23.

## THIRD CAUSE OF ACTION

(Avoidance and Recovery of Fraudulent Transfer)

24. Synthes hereby incorporates its preceding responses by reference as if set forth fully at length herein.

25. Paragraph 25 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 25.

US_ACTIVE-104922501.1

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

26. Paragraph 26 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 26.

27. Paragraph 27 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 27.

28. Paragraph 28 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 28.

## FOURTH CAUSE OF ACTION

(Avoidance and Recovery of Fraudulent Transfer)

29. Synthes hereby incorporates its preceding responses by reference as if set forth fully at length herein.

30. Paragraph 30 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 30.

31. Paragraph 31 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 31.

32. Paragraph 32 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 5 –

US_ACTIVE-104922501.1

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

1  Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and
2  every allegation in paragraph 32.

### FIFTH CAUSE OF ACTION

(Avoidance and Recovery of Fraudulent Transfer)

33. Synthes hereby incorporates its preceding responses by reference as if set forth fully at length herein.

34. Paragraph 34 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 34.

35. Paragraph 35 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 35.

36. Paragraph 36 of the Complaint states legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Synthes denies each and every allegation in paragraph 36.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

The within action is barred by the applicable statute of limitations.

#### Second Affirmative Defense

Upon information and belief, any payments made were made in advance for goods not yet ordered.

#### Third Affirmative Defense

Upon information and belief, after any payments made by the Debtor to Synthes as alleged in

— 6 —

US_ACTIVE-104922501.1

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER
VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

the Complaint, Synthes gave new value in the form of additional product to or for the benefit of the Debtor, not secured by an otherwise unavoidable security interest, and were on account of new value subsequently granted by Synthes to the Debtor.

### Fourth Affirmative Defense

Upon information and belief, any payments made by the Debtor to Synthes as alleged in the Complaint were made (i) in payment of a debt incurred by the Debtor in the ordinary course of business between the Debtor and Synthes; (ii) in accordance with the Debtor's ordinary course of conduct in paying its bills to Synthes; and/or (iii) in accordance with ordinary business terms within the medical products industry.

### Fifth Affirmative Defense

The transfers were intended by the Debtor and Synthes to be, and in fact were, a contemporaneous exchange for new value provided to the Debtor by Synthes in the form of additional goods.

### Sixth Affirmative Defense

All payments received by Synthes were received in good faith and without knowledge of any fraudulent intent by the Debtor.

### Seventh Affirmative Defense

All payments received by Synthes were in exchange for the provision of goods of reasonably equivalent value.

### Eighth Affirmative Defense

The Complaint fails to state a claim upon which relief may be granted.

### Ninth Affirmative Defense

The Complaint is barred by the doctrine of laches.

### Tenth Affirmative Defense

The actions complained of occurred as a result of the negligence of the Debtor or other third parties and any recovery sought is limited by the contributory negligence of the Debtor or such other third parties.

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

### Eleventh Affirmative Defense

The Complaint fails to name third parties which are indispensible and necessary for a just adjudication of the actions complained of.

### Twelfth Affirmative Defense

Synthes reserves the right to assert additional defenses based upon further investigation and discovery.

**WHEREFORE**, having fully answered, Synthes requests that the Complaint be dismissed with prejudice and Synthes be awarded its costs, and other such relief as the Court deems just.

DATED: January 19, 2011    REED SMITH LLP

By    /s/ Christopher O. Rivas
Christopher O. Rivas
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Derek J. Baker
REED SMITH LLP
2400 One Liberty Place
1650 Market Street
Philadelphia PA 19103
Telephone:(215) 851-8100
Facsimile: (215) 851-1420

*Attorneys for Synthes USA*

ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS

| In re: CENTURY CITY DOCTOR'S HOSPITAL, LLC | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-ap—01941-SB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

**ANSWER AND AFFIRMATIVE DEFENSES OF SYNTHES USA TO FIRST AMENDED COMPLAINT TO AVOID AND RECOVER VALUE OF PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS**

A true and correct copy of the foregoing document described as will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2011 | Cary Tobaben | /s/ Cary Tobaben |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: CENTURY CITY DOCTOR'S HOSPITAL, LLC | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-ap—01941-SB |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Christopher O Rivas on behalf of Defendant Synthes USA Sales, LLC
crivas@reedsmith.com

Steven J Schwartz on behalf of Plaintiff RICHARD DIAMOND
sschwartz@dgdk.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1