| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew F. Kennedy<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>mkennedy@dgdk.com<br>310 277-0077<br>310 277-5735<br>199485<br>*Attorney for* Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: CENTURY CITY DOCTORS HOSPITAL, LLC

Debtor(s).

| | |
|---|---|
| RICHARD K. DIAMOND, CHAPTER 7 TRUSTEE<br><br>Plaintiff(s).<br><br>vs.<br><br>SYNTHES USA SALES, LLC<br><br>Defendant(s). | CHAPTER: 7<br>CASE NO.: 2:08-bk-23318-PC<br><br>ADVERSARY NO.: 2:10-ap-01941-PC<br><br>DATE: March 15, 2011<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 1539 |

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  [X] Yes  [ ] No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  [X] Yes  [ ] No

3. Have all motions addressed to the pleadings been resolved?  [X] Yes  [ ] No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  [ ] Yes  [X] No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*: Parties will meet and confer in compliance with LBR 7026-1 prior to the Status Conference.

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**
F701611

Joint Status Report - *Page 2*    F 7016-1.1

| In re CENTURY CITY DOCTORS HOSPITAL, LLC | |
|---|---|
| | CHAPTER: 7 |
| | CASE NO.: 2:08-bk-23318-PC |
| Debtor(s). | ADVERSARY NO.: 2:10-ap-01941-PC |

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

      Plaintiff                   Defendant

      120 Days                120 Days after Status Conf.

   2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

      Plaintiff                   Defendant

      Pre-existing hearing schedule and ongoing settlement discussions      Pre-exisiting hearing schedule & ongoing settlement discussions

   3. When do you expect to complete your discovery efforts?

      Plaintiff                   Defendant

      90 Days                 90 Days after Status Conf.

   4. What additional discovery do you require to prepare for trial?

      Plaintiff                   Defendant

      Interrogatories, Requests for Productions, Requests for Admissions & Depositions      Rogs, RFPs, RFAs & Depos.

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

      Plaintiff                   Defendant

      1-2 Days               1-2 Days

   2. How many witnesses do you intend to call at trial (including opposing parties)?

      Plaintiff                   Defendant

      1-3                     1-3

   3. How many exhibits do you anticipate using at trial?

      Plaintiff                   Defendant

      Unknown at this time      Unknown at this time

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

Joint Status Report - *Page 3*   F 7016-1.1

| In re CENTURY CITY DOCTORS HOSPITAL, LLC | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:08-bk-23318-PC |
| Debtor(s). | ADVERSARY NO.: 2:10-ap-01941- |

**D.   PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: Agreement as to fact and narrowing of legal issues

Defendant

Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: Agreement as to fact and narrowing of legal issues

Plaintiff

Pre-trial conference should be set after:

(date) 45 Days after

Defendant

Pre-trial conference should be set after:

(date) 45 Days after

**E.   SETTLEMENT:**

1. What is the status of settlement efforts? Parties have not had settlement discussions to date, however, will work towards settling this matter in effort to not litigate and incur unecessary fees and costs

2. Has this dispute been formally mediated? ☐ Yes   [X] No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☐ Yes   [X] No

   Defendant
   ☐ Yes   [X] No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

| Joint Status Report - *Page 4* | | **F 7016-1.1** |
|---|---|---|
| In re CENTURY CITY DOCTORS HOSPITAL, LLC | | CHAPTER: 7 |
| | | CASE NO.: 2:08-bk-23318-PC |
| | Debtor(s). | ADVERSARY NO.: 2:10-ap-01941-PC |

**F.** **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: February 28, 2011                                    Dated: ~~February 28~~ March 2, 2011

Danning, Gill, Diamond & Kollitz, LLP                       Reed Smith, LLP
*Firm Name*                                                 *Firm Name*

By:    /s/ Matthew F. Keneddy                               By: [signature]

Name: Matthew F. Kennedy                                    Name: Christopher O. Rivas

Attorney for: Chapter 7 Trustee                             Attorney for: Synthes USA Sales, LLC

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           **F 7016-1.1**

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT LOCAL BANKRUPTCY RULE 7016-1(a)(2)** was served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 2, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Christopher O Rivas   crivas@reedsmith.com
Steven J Schwartz   sschwartz@dgdk.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 2, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

BY PERSONAL DELIVERY
Honorable Peter H. Carroll, U.S. Bankruptcy Court, 255 E. Temple Street- Bin Outside of Suite 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2011 | MAYRA DURAN | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                      F 9013-3.1.PROOF.SERVICE